**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 332 MAL 2016

              Respondent    :   Petition for Allowance of Appeal from
                                :   the Order of the Superior Court

               v.                        :

PEDRO JUNIOR RODRIGUEZ,        :

              Petitioner     :

**ORDER**

**PER CURIAM**

     **AND NOW**, this 11th day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.